**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANDRAE TURNER, individually and on behalf of others similarly situated, | ) ) ) ) | CASE NO. 5:25-cv-1241 |
| Plaintiff, | ) ) | CHIEF JUDGE SARA LIOI |
| vs. | ) ) | ORDER |
| SUMMIT PLASTIC COMPANY d/b/a CREO Greenhouse, | ) ) ) | |
| Defendant. | ) | |

This matter comes before the Court upon the parties' Joint Stipulation of Dismissal. (Doc. No. 13.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), parties may stipulate to dismissal of an action by filing a stipulation of dismissal signed by all parties who have appeared. The parties in this case have entered into such a stipulation and, therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: February 24, 2026

_____
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**